James T. Ryan (SBN 210515)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:        jryan@jjllplaw.com

Attorneys for All Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMORETTE JONES, CONSTANCE V. JONES, SHANE JONES as an individual and guardian ad litem to HUNTER JONES and COLTEN MAX JONES, PIRIE GROSSMAN as an individual and guardian ad litem to JEREMY ROBERT GROSSMAN and ISABELLA MARIE GROSSMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN GANZ, and DOES 1-25,<br><br>Defendants. | CASE NO.: 11 CV 2331 IEG WVG<br><br>NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON MARTIN GANZ<br><br><br>Hon. Irma E. Gonzalez |

1  TO THE COURT AND ALL PARTIES OF INTEREST:

2      PLEASE TAKE NOTICE THAT Plaintiffs in the above-referenced action
3  hereby file the original Proof of Service of Summons and Complaint on Martin
4  Ganz, which was served by substitute service on October 28, 2011, attached as
5  Exhibit 1.

7  DATED: November 14, 2011        JOHNSON & JOHNSON LLP

8                    By  /s/ James T. Ryan
9                       James T. Ryan
                       Attorneys for All Plaintiffs

# EXHIBIT 1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. '11CV2331 IEG WVG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Martin GANZ**
was received by me on *(date)* **10-28-11**.

☐ I personally served the summons on the individual at *(place)* **4512 Farragut Road, Brooklyn, NY 11203.** on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ **business** with *(name)* **Takara Feliciano (@ above listed address)**, a person of suitable age and discretion who ~~resides~~ **employed** there, on *(date)* **10/28/11**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **200.00** for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **10/28/11**

*Server's signature*

LAVERNSON LEGRAND
BROOKLYN, N.Y.
LIC #1066862

*Printed name and title*

TEAM LEGAL, INC.
25876 THE OLD ROAD, SUITE 314
VALENCIA, CALIFORNIA 91381

*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.