1  James T. Ryan (SBN 210515)
2  JOHNSON & JOHNSON LLP
   439 North Canon Drive, Suite 200
3  Beverly Hills, California 90210
   Telephone:  (310) 975-1080
4  Facsimile:  (310) 975-1095
   Email:       jryan@jjllplaw.com
5
6  Attorneys for All Plaintiffs

7              **UNITED STATES DISTRICT COURT**

8         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  AMORETTE JONES, CONSTANCE V. JONES, SHANE 11  JONES as an individual and guardian ad litem to HUNTER JONES and 12  COLTEN MAX JONES, PIRIE GROSSMAN as an individual and 13  guardian ad litem to JEREMY ROBERT GROSSMAN and 14  ISABELLA MARIE GROSSMAN, | CASE NO.: 11 CV 2331 IEG WVG  NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON MARTIN GANZ |
| 15            Plaintiffs, | Hon. Irma E. Gonzalez |
| 16       v. | |
| 17  MARTIN GANZ, and DOES 1-25, | |
| 18            Defendants. | |

19
20
21
22
23
24
25
26
27
28

                                    1
         NOTICE OF FILING POS OF SUMMONS AND COMPLAINT

TO THE COURT AND ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT Plaintiffs in the above-referenced action hereby file the original Proof of Service of Summons and Complaint on Martin Ganz, which was served by substitute service on October 28, 2011, attached as Exhibit 1.

DATED: November 15, 2011                    JOHNSON & JOHNSON LLP

                                    By   /s/ James T. Ryan
                                         James T. Ryan
                                         Attorneys for All Plaintiffs

NOTICE OF FILING POS OF SUMMONS AND COMPLAINT

# EXHIBIT 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Amorette Jones, Constance V. Jones, Shane Jones as an individual and guardian ad litem to Hunter Jones and Colten Max Jones, Pirie Grossman as an individual and guardian ad litem to Jeremy Robert Grossman and Isabella Marie Grossman | ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  '11CV2331 IEG WVG |
| Martin Ganz, and Does 1-25 | ) ) ) | |
| *Defendant* | | |

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Martin Ganz
4512 Farragut Road
Brooklyn NY 11203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James T. Ryan
Johnson & Johnson LLP
439 North Canon Drive, Suite 200
Beverly Hills, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. Samuel Hamrick, Jr.

*CLERK OF COURT*

Date:          10/11/11

S/  R. Uran

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  '11CV2331 IEG WVG

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Martin GANZ

was received by me on *(date)*   10 - 28 - 11         .

☐ I personally served the summons on the individual at *(place)*  4512 Farragut Road,
Brooklyn, NY 11203.                           on *(date)*                    ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ business with *(name)*  Takara
Felieiano (@ above listed address), a person of suitable age and discretion who ~~resides~~ employed there,
on *(date)*  10/28/11     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                              , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                    ; or

☐ I returned the summons unexecuted because                              ; or

☐ Other *(specify):*


My fees are $             for travel and $  200.00   for services, for a total of $            .

I declare under penalty of perjury that this information is true.

Date:  10/28/11

_____
*Server's signature*

LAVERNSON LEGRAND
BROOKLYN, N.Y.
LIC #1066862
*Printed name and title*

TEAM LEGAL, INC.
25876 THE OLD ROAD, SUITE 314
VALENCIA, CALIFORNIA 91381
*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.