# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 30 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Amorette Jones, Constance V. Jones, Shane Jones, as an individual and as guardian ad litem to Hunter Jones and Colten Max Jones; Pirie Grossman, as an individual and as guardian ad litem to Jeremy Robert Grossman and Isabella Marie Grossman<br>Plaintiff,<br><br>vs<br><br>Marin Ganz; and Does 1-25<br>Defendant, | Civil No.  11cv2331-IEG(WVG)<br><br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the original Complaint filed on October 7, 2011 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

Martin Ganz

**Entered On:**   November 30, 2011                     W. SAMUEL HAMRICK, JR., CLERK

By: _____

J. Haslam, Deputy